UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| HOUSTON POWELL, | ) | Case No. 3:10-cv-00619-ECR-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| GREGORY SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On June 16, 2011, the Magistrate Judge filed a Report and Recommendation (#31) recommending that Defendants' Motion to Dismiss (#26) be GRANTED. No objections were filed to the Report and Recommendation. It is undisputed that Plaintiff failed to exhaust the administrative remedies and grievance procedures.

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (#31) is well taken, approved and adopted.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (#26) is GRANTED.

The Clerk shall enter Judgment accordingly.

Dated this 4th day of August 2011.

*Edward C. Reed*
EDWARD C. REED, JR.
United States District Judge